**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**DRUSILLA L. JACKSON,**
          **Plaintiff,**

**-vs-**                                            **Case No. 6:08-cv-1933-Orl-18DAB**

**COMMISSIONER OF SOCIAL**
**SECURITY ADMINISTRATION,**
          **Defendant.**
_____

**REPORT AND RECOMMENDATION**

**TO THE UNITED STATES DISTRICT COURT**

      This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **APPLICATION TO PROCEED IN FORMA PAUPERIS (Doc. No. 2)** |
| **FILED:** | **November 14, 2008** |

**THEREON** it is **RECOMMENDED** that the motion be **DENIED**.

      Plaintiff's application shows that she has substantial assets. As such, she does not qualify to proceed *in forma pauperis*. It is recommended that her application be denied and that this action be dismissed if Plaintiff fails to pay the required fees within 11 days of any order adopting or approving this Report and Recommendation.

      Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida this 17th day of November, 2008.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record