UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DRUSILLA L. JACKSON,
        Plaintiff,

-vs-                                         Case No. 6:08-cv-1933-Orl-18DAB

COMMISSIONER OF SOCIAL SECURITY
ADMINISTRATION,
        Defendant.

## ORDER

The case was referred to the United States Magistrate Judge for report and recommendation on Plaintiff's Application to Proceed In Forma Pauperis (Doc. 2). The Court having reviewed the report and recommendation of the magistrate judge, and there being no objections to the report filed by the plaintiff, it is hereby

ORDERED that the report and recommendation of the magistrate judge is hereby APPROVED and the motion is DENIED. Plaintiff paid the required filing fee on November 21, 2008.

It is SO ORDERED in Orlando, Florida, this ___8___ day of December, 2008.

_____
G. KENDALL SHARP
Senior United States District Judge

Copies to:

Counsel of Record
United States Magistrate Judge