UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DRUSILLA L. JACKSON,
         Plaintiff,

-vs-                              Case No. 6:08-cv-1933-Orl-18DAB

COMMISSIONER OF SOCIAL SECURITY
ADMINISTRATION,
         Defendant.

---

## ORDER

The case was referred to the United States Magistrate Judge for report and recommendation. The Court having reviewed the report and recommendation of the magistrate judge, and there being no objections to the report filed, it is hereby

**ORDERED** that the report and recommendation of the magistrate judge is hereby **APPROVED**. The decision of the Commissioner is **REVERSED** and **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) and the Clerk of the Court is directed to enter judgment consistent with the opinion and, thereafter, close the file.

It is **SO ORDERED** in Orlando, Florida, this ___6___ day of January, 2010.

                                      G. KENDALL SHARP
                                      Senior United States District Judge

Copies to:

Counsel of Record
United States Magistrate Judge