UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DRUSILLA L. JACKSON,
            Plaintiff,

-vs-                                    Case No. 6:08-cv-1933-Orl-18DAB

COMMISSIONER OF SOCIAL
SECURITY ADMINISTRATION,
            Defendant.

_____

REPORT AND RECOMMENDATION

TO THE UNITED STATES DISTRICT COURT

This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **[UNOPPOSED] MOTION FOR ATTORNEY'S FEES (Doc. No. 25)** |
| **FILED:** | March 22, 2010 |
| **THEREON** it is **RECOMMENDED** that the motion be **GRANTED**. | |

Plaintiff's Motion for an award of fees follows the issuance of an Order and Judgment reversing the decision of the Commissioner of Social Security with respect to Plaintiff's claim for benefits, and remanding the case pursuant to sentence four of 42 U.S.C. § 405(g) (Doc. Nos. 23 and 24). The Commissioner is not opposed to the Motion. Doc. No. 25 at 2.

Pursuant to the Equal Access to Justice Act, a party can recover an award of attorney's fees against the government provided that the party seeking the award is the prevailing party; the application for such fees, including an itemized justification for the amount sought, is timely filed;